# ALABAMA COURT OF CRIMINAL APPEALS



April 26, 2024

**CR-21-0199**
Marquise Deshawn Flynn v. State of Alabama.  (Appeal from Montgomery Circuit Court: CC-18-1178).

## NOTICE

You are hereby notified that on April 26, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk